Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF THE SEARCH OF:

SUBJECT DEVICES:

(1) One Compact Disc (CD) and
(2) Two DVDs located at FBI Field Office, 1110 3rd Avenue, Seattle, WA 98101

NO. MJ19-489

ORDER SEALING SEARCH WARRANT MATERIALS

**(FILED UNDER SEAL)**

Based upon the motion of the United States, and the representations made therein, and good cause having been show:

IT IS HEREBY ORDERED that the search warrant, search warrant return, application and affidavit in support of the same, and all attachments in this matter, along with this motion and order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document related to Clinical Corp. payments; (b) two weeks following the closure of the investigation related to Clinical Corp. payments; or (c) sixteen months following issuance of the warrants, unless the Court, upon motion of the government for good cause, orders an extension..

Order to Seal Search Warrant & Related Materials/ - 1
USAO #2017R00029

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Nothing in this Order is intended to create or supersede any other applicable obligation
2  under law.
3      IT IS FURTHER ORDERED, that on or before the earliest of the dates specified
4  above, the government shall file a motion in which it either (1) provides good cause for a
5  further order of this Court permitting these documents to remain under seal for an
6  additional period of time, or (2) requests an order of this Court to unseal this warrant and
7  all related documents, including the motion and order to seal the same. In the event the
8  government fails to file the motion required by this Order on or before the earliest of the
9  three triggering events, and the Court has not otherwise extended the sealing period
10 following a showing of good cause by the government, the Clerk of Court shall unseal
11 this warrant and all related documents without further order of the Court.
12     IT IS SO ORDERED.
13     DATED this 11th day of October, 2019.

                                        MARY ALICE THEILER
                                        United States Magistrate Judge

18 Presented by:

20 /s/ *Matthew Diggs*
21 MATTHEW DIGGS
   Assistant United States Attorney

Order to Seal Search Warrant & Related Materials/ - 2
USAO #2017R00029

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970